P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to affirm.

In the Matter of LANCELOT M. BERKELEY, Appellant, against TIMOTHY P. WALDRON, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 975.]

OSCAR HIRSCH, Doing Business under the Name of OSCAR HIRSCHS METALLA-FAR, Appellant, v. ASSOCIATED METALS & MINERALS CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of EDITH WEINTRAUB, as Administratrix of the Estate of ARNOLD TYROLER, Deceased, Respondent. ERVIN PALMER, as Committee of MARGARET PALMER, an Incompetent, Appellant; MOSES H. ROTH-STEIN, Respondent.— Final decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 954.]

MOHONK REALTY CORPORATION, Appellant, v. WISE SHOE STORES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 954.]

FRED LANGFELDER et al., Appellants, v. UNIVERSAL LABORATORIES, INC., Respondent.— Judgment and order unanimously affirmed, with costs.. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 954.]

FRANCIS C. THAYER, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer; Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

LOUIS GRAFF, Respondent, v. PINE'S SPECIALTY SHOP, INC., et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GUSTAVE S. JACOBSON, Appellant, v. VICTOR JACOBSON, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GUSTAVE S. JACOBSON, Appellant, v. VICTOR JACOBSON, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FRANK LEVINE, Appellant, v. ISIDORE KAYE et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

YEFFIE DELMAN, Respondent, v. HERMAN B. DELMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of WALTER N. SMITH, Appellant, against JOSEPH F. MAGUIRE, as a Justice of the Domestic Relations Court of the City of New York, et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 975.]

SIMON J. LOEB, Appellant, v. DAVID B. WEISS et al., Copartners Doing Business under the Name of WEISS BROTHERS, Respondents.— Order unanimously